UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS ANDERSON,

     Plaintiff,

    v.

JOHN DOE,

     Defendant.

Case No. 18-cv-02717-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file a (i) complete application to proceed *in forma pauperis* ("IFP") or pay the filing fee, and (ii) complaint on this Court's form. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's orders and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain a complete IFP application (or full payment for the $400.00 filing fee) **and** a complaint on this Court's form. The Clerk shall enter judgment in favor of defendant, and close the file.

    **IT IS SO ORDERED.**

**Dated:** July _9_, 2018

RICHARD SEEBORG
United States District Judge